"O"

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 12-11-12

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC 11 2012

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CHRISTOPHER BROWN-MONROE,

    Petitioner,

vs.

M.D. McDONALD, Warden,

    Respondent.

Case No. CV 10-5076-MWF (RNB)

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file herein, and the Superseding Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Superseding Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: December 10, 2012

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE