I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 12-11-12

DEPUTY CLERK

JS-6 / Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC 11 2012

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BROWN-MONROE,<br><br>Petitioner,<br><br>vs.<br><br>M.D. McDONALD, Warden,<br><br>Respondent. | Case No. CV 10-5076-MWF (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 10, 2012

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 11 2012
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY